DAUGHERTY v. POWELL.

(Court of Civil Appeals of Texas. Ft. Worth. June 3, 1911.)

APPEAL AND ERROR (§ 493*)—REVIEW—RECORD —CITATION.

Where the record on appeal contained no citation to defendant, it failed to show that the trial court had jurisdiction, and the judgment rendered would be reversed, notwithstanding the recitation in the judgment that defendant had been duly cited.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2282–2284; Dec. Dig. § 493.*]

Appeal from District Court, Lubbock County; L. S. Kinder, Judge.

Action by James K. Powell against B. F. Daugherty. Judgment for plaintiff, and defendant appeals. Reversed and remanded.

Dillard & Moore, for appellant. Jas. R. Robinson, for appellee.

SPEER, J. This is an appeal by B. F. Daugherty, defendant below, from a default judgment taken in the district court of Lubbock county. The record contains no citation to the defendant, failing in which it does not show that the trial court had jurisdiction to render any judgment whatever against him.

The recitation in the judgment that the defendant had been duly cited does not help the case. Glasscock v. Barnard, 125 S. W. 615, and authorities there cited.

For this error, the judgment is reversed, and the cause remanded.